```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-16-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                        Plaintiff,

    -against-

EDWIN CABAN VELAZQUEZ,

                       Defendant.

------------------------------------------------------------------- x

22-CR-565 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

An Arraignment is scheduled for **February 23, 2023** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
             February 16, 2023

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**