```
                                                USDC SDNY
                                                DOCUMENT ELECTRONICALLY
                                                FILED
UNITED STATES DISTRICT COURT                    DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                   DATE FILED: 7-26-23
```

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                          Plaintiff,

                                         22 CR 565 (ALC)

   -against-

                                         **ORDER**

EDWIN CABAN VELASQUEZ,

                          Defendant.

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Status Conference set for August 10, 2023 is rescheduled to **August 8, 2023** at **2:00 p.m.**

**SO ORDERED.**

Dated:     New York, New York
              July 26, 2023

                                               _____
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**