```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,                    :
                                             :
                    Plaintiff,               :
                                             :          22-CR-565 (ALC)
         -against-                           :
                                             :          ORDER
EDWIN CABAN VELAZQUEZ,                       :
                                             :
                    Defendant.               :
                                             :
------------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-5-24

ANDREW L. CARTER, JR., District Judge:

The Status Conference set January 9, 2024 is rescheduled to **January 8, 2024** at **3:30 p.m.**

SO ORDERED.

Dated:      New York, New York
            January 5, 2024

                                    _____
                                    ANDREW L. CARTER, JR.
                                    United States District Judge