MEMO ENDORSED

**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10004
Tel: (646) 763-1490
sabrinashroff@gmail.com

May 30, 2024

BY ECF

Honorable Andrew L. Carter
United States District Judge for
 the Southern District of New York
40 Foley Square
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-4-24

Re: *United States v. Edwin Caban Velazquez*, 22 Cr. 565 (ALC)

Hon. Carter:

With the feedback from pretrial services and with the government deferring to pretrial, I write to modify the conditions of release set for Mr. Caban Velazquez. Pre-trial (Officer Jeff Daniel, United States Probation MD/PA) informs that Mr. Caban remains in full compliance with his conditions and prompts this application for a change in his conditions of release so that he may be off home detention and be monitored by a curfew set by pretrial.

As such, we ask the Court to follow the recommendation of pretrial and modify the conditions accordingly.

I thank the Court for its kind consideration of this letter.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel to Edwin Caban Velazquez

SPS/ mtf

SO ORDERED.
Hon. Andrew L. Carter
6-4-24