```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-31-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

          - v. -                                        22-CR-00565 (ALC)

                                              **ORDER**

EDWIN CABAN VELASQUEZ,

                  **Defendant.**

---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Jury Selection and Trial set for November 4, 2024 at 10:00 a.m. is CANCELED.

**SO ORDERED.**

Dated:    New York, New York
             October 31, 2024

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**