UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
   UNITED STATES OF AMERICA,            :
                                      Plaintiff,  :
                                                  :   1:22-cr-00565 (ALC)
              -against-                     :
                                                  :   **ORDER**
                                                  :
   EDWIN CABAN VELAZQUEZ,           :
                                 Defendant.  :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court **ADJOURNS** the sentencing in this case as to Defendant Edwin Caban Velazquez, previously scheduled for March 25, 2025 at 2:00 p.m. The Parties shall appear before the Court on **April 22, 2025 at 2:30 p.m.** The Parties are further advised that all proceedings will take place in **Courtroom 444, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007** unless otherwise indicated.

**SO ORDERED.**

Dated:   **March 18, 2025**
             **New York, New York**

                                                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**