USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-16-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                       Plaintiff,

      -against-

EDWIN CABAN VELAZQUEZ,

                       Defendant.
-------------------------------------------------------------x

1:22-cr-00565 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court **ADJOURNS** the sentencing in this case as to Defendant Edwin Caban Velazquez, previously scheduled for April 22, 2025, at 2:30 p.m. The parties shall appear before the Court on **May 22, 2025, at 2:00 p.m.** The Parties are further advised that all proceedings will take place in **Courtroom 444, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007** unless otherwise indicated.

**SO ORDERED:**

Dated:     April 16, 2025
             New York, New York

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**