USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-3-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

　　　　　　- v. -

EDWIN CABAN VELAZQUEZ,

　　　　　　　　　Defendant.

------------------------------------------------------------------- x

22-CR-00565(ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

　　Sentencing ADJOURNED to **June 24, 2025**, at **2:00 p.m.**

SO ORDERED.

Dated:　　New York, New York
　　　　　June 3, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDREW L. CARTER, JR.
　　　　　　　　　　　　　　　　　United States District Judge