USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-21-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,
 

-against-

22-CR-565 (ALC)

ORDER

EDWIN CABAN VELAZQUEZ,

        Defendants.
------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

  Sentencing set for July 22, 2025, is RESCHEDULED to **12 noon.**

SO ORDERED.

Dated:  New York, New York
     July 21, 2025

             _____
             **ANDREW L. CARTER, JR.**
             **United States District Judge**